**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| DIGITAL LUMENS HOLDING COMPANY, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>HLI SOLUTIONS, INC.,<br>CURRENT LIGHTING SOLUTIONS, LLC, and<br>BELL & MCCOY COMPANIES, LLC,<br><br>*Defendants*. | C.A. No.<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Digital Lumens Holding Company, LLC ("Digital Lumens") for its Complaint against Defendants HLI Solutions, Inc., Current Lighting Solutions, LLC, and Bell & McCoy Companies, LLC ("Bell & McCoy Companies") (collectively "Defendants") alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for patent infringement under Title 35 of the United States Code.

2. As set forth in more detail below, Defendants are and have been infringing Digital Lumens' patents, including at least United States Patent Nos. 10,306,733; 10,485,068; 11,339,927; 8,138,690; 8,339,069; and 8,841,859 (collectively, the "Asserted Patents" or the "Digital Lumens Patents").

3. Digital Lumens seeks all available relief under the patent laws of the United States, 35 U.S.C. § 100 *et seq.*, and any other applicable laws for the Defendants' infringement of the Digital Lumens Patents.

## THE PARTIES

4. Plaintiff Digital Lumens is a limited-liability company organized and existing under the laws of Delaware with a place of business at 2000 Avenue of the Stars, Suite 810-N, Los Angeles, CA 90067.

5. Upon information and belief, HLI Solutions, Inc. ("HLI") is a corporation organized and existing under the laws of Connecticut with a place of business at 710 Hesters Crossing Rd Ste 100, Round Rock, TX 78681.

6. Upon information and belief, Current Lighting Solutions, LLC (together with HLI, "Current Lighting") is a limited-liability company organized and existing under the laws of Delaware with a place of business at 710 Hesters Crossing Rd Ste 100, Round Rock, TX 78681.

7. Upon information and belief, Bell & McCoy Companies, LLC ("Bell & McCoy Companies") is a limited-liability company organized and existing under the laws of Delaware with its principal place of business at 7210 North Loop E Highway, Houston, TX 77028.

## JURISDICTION AND VENUE

8. This Court has subject-matter jurisdiction over this patent infringement action pursuant to 28 U.S.C. §§ 1331 and 1338 and because this action arises under the patent laws of the United States, 35 U.S.C. § 271, *et seq*.

9. Each Defendant is subject to this Court's personal jurisdiction consistent with the principles of due process and/or the Texas Long Arm Statute.

10. Personal jurisdiction exists generally over Defendants because each Defendant has sufficient minimum contacts and/or has engaged in continuous and systematic activities in the forum as a result of business conducted within Texas, including in the Western District of Texas.

11. Personal jurisdiction also exists over each Defendant because each Defendant makes, uses, sells, offers to sell, imports, advertises, makes available, and/or markets products within Texas, including in the Western District of Texas, that infringe one or more claims of the Asserted Patents. Further, Defendants have placed or contributed to placing infringing products into the stream of commerce while knowing or understanding that such products would be sold and used in the United States, including in this District.

12. Venue is proper in the Western District of Texas pursuant to 28 U.S.C. § 1400(b), including but not limited to because Defendants conduct regular business in this District and because they commit acts of infringement (*i.e.*, sell and offer to sell accused products) in this District.

13. Current Lighting maintains regular and established places of business throughout Texas, including in the Western District of Texas. By way of example, Current Lighting operates an "Institute" in Round Rock, Texas that specializes in providing education training in areas such as installation, troubleshooting, and programming for its lighting systems. *See The Institute–Home*, Current Lighting, https://www.currentlighting.com/resources/the-institute (last visited October 15, 2026); *see The Institute–Classroom Schedule*, Current Lighting, https://www.currentlighting.com/resources/the-institute/classroom-schedule (last visited October 15, 2026).

14. Current Lighting, both directly and through intermediaries, sells its products to customers in this District and throughout the State of Texas, including in the Western District of Texas. By way of example, Current Lighting provides customers with a "Where to Buy" page on its website, where it provides contact information for authorized distributors based in this District.

*See Where to Buy*, Current Lighting, https://www.currentlighting.com/where-to-buy (last visited October 15, 2026).

15. By way of example and without limitation, Current Lighting has authorized distributors located in Midland, Odessa, Austin, El Paso, Waco, and San Antonio to sell and offer to sell the accused products. *See id.*

16. The accused products that infringe the Asserted Patents include, without limitation, the Daintree Lighting Control Solutions, NX Lighting Controls, and LightGRID+ product lines, including Daintree-compatible software, controllers, commissioning platforms, sensors, and luminaires; NX-compatible controllers, sensors, and luminaires; and the LightGRID+ wireless outdoor lighting management platform and its constituent components including at least LightGRID+ Gateway, LightGRID+ Enterprise Server, internal and external fixture modules, photocells, low voltage motion sensors, low voltage wall switches, and LightGRID+ compatible fixtures. On information and belief, these products are sold by Current Lighting to customers in Texas, including in the Western District of Texas.

17. Current Lighting has solicited business in the Western District of Texas, has transacted business within this District, and has attempted to derive financial benefit from the residents of the Western District of Texas, including directly related to Current Lighting's infringement of the Asserted Patents.

18. Current Lighting provides customers with a "Find an Agent" page on its website, where it provides contact information for Authorized Agents, including in this District. *See Find an Agent*, Current Lighting, https://www.currentlighting.com/find-an-agent (last visited October 15, 2026). On information and belief, Current Lighting utilizes Bell & McCoy Companies as its Authorized Agent throughout Texas, including in the Western District of Texas.

19. Bell & McCoy Companies operate numerous brick and mortar retail stores in the Western District of Texas. On information and belief, these retail stores are physically located within this District, are regular and established places of business for Bell & McCoy Companies, and are used by Bell & McCoy Companies to actively market and sell Current Lighting products that infringe the Asserted Patents. *See Territory Map*, Bell & McCoy Companies, https://www.bellandmccoy.com/territory-map (last visited October 15, 2026).

20. By way of example and without limitation, Bell & McCoy Companies' website lists Current Lighting products as among those sold in its Austin and San Antonio offices. *See Bell & McCoy Lighting and Controls - Austin, TX Line Sheet*, Bell & McCoy Companies, https://www.bellandmccoy.com/companies/lighting-controls/office/austin/line-sheet/austin#/line_card (last visited October 15, 2026); *see also Bell & McCoy Lighting and Controls - San Antonio, TX Line Sheet*, Bell & McCoy Companies, https://www.bellandmccoy.com/companies/lighting-controls/office/san-antonio/line-sheet/san-antonio (last visited October 15, 2026).

21. Defendants are properly joined under 35 U.S.C. § 299(a) because, on information and belief, Defendants commonly and/or jointly make, use, sell, offer to sell, and/or import accused products such that at least one right to relief is asserted against Defendants jointly, severally, and in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences relating to the making, using, selling, offering to sell, and/or importing into the United States of the same accused products, such that questions of fact common to all Defendants will arise in this action.

## FACTUAL BACKGROUND

22. In 2008, Brian Chemel and Colin Piepgras founded Digital Lumens, Inc., with the goal of developing intelligent lighting and sensor-based smart building applications for commercial spaces. Digital Lumens, Inc. sold hardware, including occupancy and ambient light sensors, and developed Siteworx, a cloud-based intelligence platform for commercial and industrial environments.

23. Digital Lumens, Inc. developed a portfolio of patents relating to its technology. These patents include the aforementioned Asserted Patents:

| | **U.S. Patent No.** |
|---|---|
| Occupancy and Ambient Light Sensing | 10,306,733 (the "'733 Patent")<br>10,485,068 (the "'068 Patent")<br>11,339,927 (the "'927 Patent") |
| Power Metering | 8,138,690 (the "'690 Patent")<br>8,339,069 (the "'069 Patent") |
| Rule-Based Control | 8,841,859 (the "'859 Patent") |

## THE PATENTS-IN-SUIT

24. U.S. Patent No. 10,306,733 (the "'733 Patent"), titled "Methods, systems, and apparatus for intelligent lighting," was duly and legally issued by the United States Patent and Trademark Office on May 28, 2019, and names Brian Chemel, John F. Egan, Scott D. Johnston, Steve T. Kondo, Jesse F. Kuhn, Matthew W. Massicotte, Frederick M. Morgan, Colin N. Piepgras, Henry B. Sick, and Christopher L. Elledge as inventors. The '733 Patent generally relates to an automated lighting control technology that uses ambient light sensing to measure light at one location and estimate the light level at a target work area (such as task height) based on that measurement. The system then adjusts the lighting to ensure the actual light level at the task area matches a desired level. Digital Lumens is the assignee and owner of all rights, title, and interest in the '733 Patent, a copy of which is attached as Exhibit A.

25. U.S. Patent No. 10,485,068 (the "'068 Patent"), titled "Methods, apparatus, and systems for providing occupancy-based variable lighting," was duly and legally issued by the United States Patent and Trademark Office on November 19, 2019, and names Brian J. Chemel, Frederick M. Morgan, Christopher L. Elledge, and John Egan as inventors. The '068 Patent generally relates to automated lighting control technology using an occupancy sensor to detect whether a space is occupied while an ambient light sensor measures current light levels, and together they control dimmable lighting. The system adjusts light output differently for occupied versus unoccupied states, with configurable dimming levels and transition delays that can be set locally or remotely. Digital Lumens is the assignee and owner of all rights, title, and interest in the '068 Patent, a copy of which is attached as Exhibit B.

26. U.S. Patent No. 11,339,927 (the "'927 Patent"), titled "Methods, apparatus and systems for providing occupancy-based variable lighting," was duly and legally issued by the United States Patent and Trademark Office on May 24, 2022, and names Brian J. Chemel, Frederick Morgan, Christopher L. Elledge, and John Egan as inventors. The '927 Patent generally relates to automated lighting control technology using an occupancy sensor to detect whether a space is occupied while an ambient light sensor measures current light levels, and together they control dimmable lighting. The system adjusts light output differently for occupied versus unoccupied states, with configurable dimming levels and transition delays that can be set locally or remotely. Digital Lumens is the assignee and owner of all rights, title, and interest in the '927 Patent, a copy of which is attached as Exhibit C.

27. U.S. Patent No. 8,138,690 (the "'690 Patent"), titled "LED-based lighting methods, apparatus, and systems employing LED light bars, occupancy sensing, local state machine, and meter circuit," was duly and legally issued by the United States Patent and Trademark Office on

March 20, 2012, and names Brian J. Chemel, Colin Piepgras, Steve T. Kondo, and Scott D. Johnston as inventors. The ’690 Patent generally relates to LED lighting technology that includes rotatable LED light bars, integrated sensors, onboard intelligence to receive signals from the LED light bars and control the LED light bars, and mesh network connectivity to other fixtures. Digital Lumens is the assignee and owner of all rights, title, and interest in the ’690 Patent, a copy of which is attached as Exhibit D.

28. U.S. Patent No. 8,339,069 (the "’069 Patent"), titled "Power management unit with power metering," was duly and legally issued by the United States Patent and Trademark Office on December 25, 2012, and names Brian J. Chemel, Colin Piepgras, Steve T. Kondo, and Scott D. Johnston as inventors. The ’069 Patent generally relates to LED lighting technology that includes rotatable LED light bars, integrated sensors, onboard intelligence to receive signals from the LED light bars and control the LED light bars, and mesh network connectivity to other fixtures. Digital Lumens is the assignee and owner of all rights, title, and interest in the ’069 Patent, a copy of which is attached as Exhibit E.

29. U.S. Patent No. 8,841,859 (the "’859 Patent"), titled "LED lighting methods, apparatus, and systems including rules-based sensor data logging," was duly and legally issued by the United States Patent and Trademark Office on September 23, 2014, and names Brian Chemel, Colin N. Piepgras, Steve T. Kondo, and Scott D. Johnston as inventors. The ’859 Patent generally relates to LED lighting technology that includes rotatable LED light bars, integrated sensors, onboard intelligence to receive signals from the LED light bars and control the LED light bars, and mesh network connectivity to other fixtures. Digital Lumens is the assignee and owner of all rights, title, and interest in the ’859 Patent, a copy of which is attached as Exhibit F.

## GENERAL ALLEGATIONS

30. Defendants have directly and indirectly infringed and continue to directly and indirectly infringe each of the Asserted Patents by engaging in acts constituting infringement under 35 U.S.C. § 271(a), (b), and/or (c), including but not necessarily limited to, one or more of making, using, selling, offering to sell, and importing into the United States, and inducing and contributing to infringement by others, in this District and elsewhere in the United States, the products identified below.

31. Defendants' acts of infringement have caused damage to Digital Lumens. As a result of Defendants' wrongful acts, Digital Lumens is entitled to recover damages from Defendants in an amount to be determined at trial.

32. In the interest of providing detailed averments of infringement, Digital Lumens has identified below at least one claim per patent to demonstrate infringement. However, the selection of claims and products should not be considered limiting, and additional claims of the Asserted Patents that are infringed by Defendants will be disclosed in compliance with the Court's Local Patent Rules.

## COUNT I

### (Infringement of U.S. Patent No. 10,306,733)

33. Digital Lumens incorporates by reference the allegations set forth in the preceding paragraphs as though fully set forth herein.

34. Defendants have directly infringed the '733 Patent, either literally or under the doctrine of equivalents, including at least claim 1, under 35 U.S.C. § 271(a), by making, using, offering to sell, selling, and/or importing into the United States, including, but not limited to, products substantially similar to the Daintree Lighting Control Solutions, NX Lighting Controls,

and LightGRID+ product lines, including the fixtures and luminaires that support these product lines, and/or other products with substantially similar features (collectively, the "'733 Accused Products").

35. The Daintree Lighting Control Solutions product line is an exemplary infringing instrumentality to serve as notice of Defendants' infringing acts, but Digital Lumens reserves the right to name additional infringing products, known or learned by Digital Lumens or revealed during discovery, and include them in the definition of the '733 Accused Products.

36. Claim 1 of the '733 Patent recites:

> 1. A lighting fixture to illuminate an environment, the lighting fixture comprising:
>
> a memory to store a first transfer function mapping at least a first target light level to a corresponding first operating state and a second target light level to a corresponding second operating state;
>
> an ambient light sensor to measure an actual ambient light level within the environment;
>
> an occupancy sensor to detect a first occupancy event within the environment;
>
> a processor, communicatively coupled to the memory, the occupancy sensor, and the ambient light sensor, to:
>
> transition from the first operating state to the second operating state based on the first occupancy event and to determine:
>
> the second target light level at the second operating state, based on the actual ambient light level and the first transfer function stored in the memory; and
>
> a change in a light output of the lighting fixture based at least in part on the second target light level at the second operating state; and
>
> at least one light source, communicatively coupled to the processor, to generate the change in the light output of the lighting fixture so as to illuminate the environment.

37. On information and belief, the Daintree Lighting Control Solutions product line includes a lighting fixture to illuminate an environment. For example, this limitation is shown below:




Current LED Fixtures with Daintree Integrated Controls, Superior savings and performance are built-in (Rev 08/01/23) at 1.

38. On information and belief, the Daintree Lighting Control Solutions product line includes a memory to store a first transfer function mapping at least a first target light level to a corresponding first operating state and a second target light level to a corresponding second operating state. For example, this limitation is shown below:




Daintree Controls, WHS20/WHR1 User Manual | V1.0 (06/19/23) at 3.

39. On information and belief, the Daintree Lighting Control Solutions product line includes an ambient light sensor to measure an actual ambient light level within the environment. For example, this limitation is shown below:




Daintree Lighting Controls Solutions, Daintree and Lightsweep Controls (Rev 02/14/24) at 8.

40. On information and belief, the Daintree Lighting Control Solutions product line includes an occupancy sensor to detect a first occupancy event within the environment. For example, this limitation is shown below:

The **WHS100 Wireless High Bay Sensor** is a line powered control component within the Daintree Networked wireless building controls platform. It enables wireless control of individual luminaires and has an integrated motion sensor. It comes with interchangeable sensor lenses to provide occupancy based control for high, medium, and low mount lighting applications.

Daintree Wireless High Bay Sensor (WHS100) (Rev 07/03/25) at 1.




Current LED Fixtures with Daintree Integrated Controls, Superior savings and performance are built-in (Rev 08/01/23) at 1.



The **Daintree WHS20 Control Module** has a Passive Infrared (PIR) sensor for occupancy detection and an ambient light sensor for turning light output up or down depending on existing daylight and output from other nearby fixtures. The result is consistent task lighting with ongoing energy savings. Innovative **Daintree** methodology synchronizes occupancy and ambient light detection to provide dynamic continuous dimming performance for maximum energy efficiency.

Current LED Fixtures with Daintree Integrated Controls, Superior savings and performance are built-in (Rev 08/01/23) at 2.

41. On information and belief, the Daintree Lighting Control Solutions product line includes a processor, communicatively coupled to the memory, the occupancy sensor, and the ambient light sensor. For example, this limitation is shown below:



**Figure 1.** (EXAMPLE) State Changes in the **Standalone Mode** of Operation (Pre-Commissioned)

Daintree EZ Connect, User Manual | App Release v2.3 (Rev 07/20/23) at 3.

42. On information and belief, the Daintree Lighting Control Solutions product line includes a processor, communicatively coupled to the memory, the occupancy sensor, and the ambient light sensor, to transition from the first operating state to the second operating state based on the first occupancy event. For example, this limitation is shown below:



**Figure 1.** (EXAMPLE) State Changes in the **Standalone Mode** of Operation (Pre-Commissioned)

Daintree EZ Connect, User Manual | App Release v2.3 (Rev 07/20/23) at 3.

43. On information and belief, the Daintree Lighting Control Solutions product line includes a processor, communicatively coupled to the memory, the occupancy sensor, and the ambient light sensor, to determine the second target light level at the second operating state, based on the actual ambient light level and the first transfer function stored in the memory. For example, this limitation is shown below:




**Figure 1.** (EXAMPLE) State Changes in the **Standalone Mode** of Operation (Pre-Commissioned)

Daintree EZ Connect, User Manual | App Release v2.3 (Rev 07/20/23) at 3.

44. On information and belief, the Daintree Lighting Control Solutions product line includes a processor, communicatively coupled to the memory, the occupancy sensor, and the ambient light sensor, to determine a change in a light output of the lighting fixture based at least in part on the second target light level at the second operating state. For example, this limitation is shown below:




Daintree EZ Connect, User Manual | App Release v2.3 (Rev 07/20/23) at 3.

45. On information and belief, the Daintree Lighting Control Solutions product line includes at least one light source, communicatively coupled to the processor, to generate the change in the light output of the lighting fixture so as to illuminate the environment. For example, this limitation is shown below:




Current LED Fixtures with Daintree Integrated Controls, Superior savings and performance are built-in (Rev 08/01/23) at 1.

46. Upon information and belief, in addition to acts of direct infringement, Defendants have indirectly infringed and continue to indirectly infringe at least claim 1 of the '733 Patent in violation of 35 U.S.C. § 271(b), (c), and (f). Defendants were aware and received notice of their infringement of the '733 Patent at least as early as the date that this Complaint was filed.

47. From at least the time Defendants have known of the '733 Patent, Defendants have induced and continue to induce others to infringe at least claim 1 of the '733 Patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe by encouraging clients and customers to infringe.

48. Defendants have induced and continue to induce customers and others to directly infringe at least claim 1 of the '733 Patent when, for example, they use products from the Daintree Lighting Control Solutions product line.

49. Defendants have actively, knowingly, and intentionally induced, and continue to actively, knowingly, and intentionally induce, infringement of the '733 Patent with the knowledge and intent that customers and others will use the products from the Daintree Lighting Control Solutions product line, and with the knowledge and intent to encourage and facilitate customers' and others' infringement through the creation and dissemination of promotional and marketing materials, supporting materials, instructions, product manuals, and/or technical information related to the Daintree Lighting Control Solutions product line, such as:

https://www.led.com/controls-sensors/daintree-wireless-controls
https://www.led.com/controls-sensors/daintree-one
https://www.led.com/controls-sensors/daintree-ezconnect-wireless-lighting-controls
https://www.led.com/controls-sensors/daintree-networked
https://cdn.currentlighting.com/site/brochure/DT024-Daintree-LightSweep-Lighting-Controls-Brochure.pdf
https://www.led.com/controls-sensors/daintree-networked/videos
https://www.led.com/controls-sensors/daintree-wireless-controls/daintree-controls-software
https://cdn.currentlighting.com/site/brochure/DT032-Current-Daintree-Controls-Software-Sell-Sheet.pdf
https://cdn.currentlighting.com/site/specsheet/DT_DaintreeControlsSoftware_SpecSheet.pdf
https://www.led.com/whs20-high-bay-sensor/319710
https://www.led.com/sites/default/files/documents/CTRL037-GE-Daintree-EZ-Connect-User-Manual.pdf

50. Defendants have contributed and continue to contribute to the infringement of at least claim 1 of the '733 Patent in violation of 35 U.S.C. § 271(c) and (f) by, among other things, making, using, offering to sell, selling, and/or importing the Daintree Lighting Control Solutions product line.

51. Defendants make, use, offer to sell, sell, and/or import such products with the knowledge that they are especially designed for use in and constitute a material part of the claimed devices of the '733 Patent, and are not a staple article of commerce suitable for substantial non-infringing use. For example, Defendants actively and knowingly sell components of the Daintree

Lighting Control Solutions product line, and provide customer support, installation, instruction manuals, and/or other technical information to customers for the use of such products as a component of the devices in the claims.

52. Defendants' infringement of the '733 Patent is willful. As set forth above, Defendants have had knowledge of the '733 Patent since at least the filing of this Complaint and have been aware since such time of their infringement of the '733 Patent. Since at least the filing of this Complaint, Defendants (a) have had knowledge of, or have been willfully blind to, the existence of the '733 Patent, and (b) have had knowledge, or have been willfully blind, that their conduct constitutes infringement, inducement, and/or contributory infringement of the '733 Patent.

53. As a result of Defendants' infringement of the '733 Patent, Digital Lumens has suffered monetary damages, and will continue to suffer damages in the future, and is entitled to no less than a reasonable royalty for Defendants' infringement of the claimed inventions of the '733 Patent, together with interest and costs to be determined by the Court.

54. Defendants do not have any rights to use the '733 Patent as alleged in this Complaint.

55. Digital Lumens has complied with 35 U.S.C. § 287.

56. Digital Lumens' Asserted Patents are publicly available from the United States Patent Office and other online resources such as Google Patents.

57. Defendants' acts of direct and indirect infringement have caused and continue to cause damage to Digital Lumens. Digital Lumens is entitled to damages in accordance with 35 U.S.C. §§ 271, 281, and 284 sustained as a result of Defendants' wrongful acts in an amount to be proven at trial.

**COUNT II**

**(Infringement of U.S. Patent No. 10,485,068)**

58. Digital Lumens incorporates by reference the allegations set forth in the preceding paragraphs as though fully set forth herein.

59. Defendants have directly infringed the ’068 Patent, either literally or under the doctrine of equivalents, including at least claim 1, under 35 U.S.C. § 271(a), by making, using, offering to sell, selling, and/or importing into the United States, including, but not limited to, products substantially similar to the Daintree Lighting Control Solutions, NX Lighting Controls, and LightGRID+ product lines, including the fixtures and luminaires that support these product lines, and/or other products with substantially similar features (collectively, the “’068 Accused Products”).

60. The Daintree Lighting Control Solutions product line is an exemplary infringing instrumentality to serve as notice of Defendants’ infringing acts, but Digital Lumens reserves the right to name additional infringing products, known or learned by Digital Lumens or revealed during discovery, and include them in the definition of the ’068 Accused Products.

61. Claim 1 of the ’068 Patent recites:

> 1. A method of controlling illumination of an environment by a light fixture disposed at a first location, the method comprising:
>
> detecting a presence of a person or object of interest in the environment;
>
> detecting an ambient light level in the environment;
>
> in response to detecting the presence of the person or object of interest in the environment, entering an active state in which the light fixture is controlled to illuminate the environment at a first dimming level based on the ambient light level in the environment;
>
> detecting an absence of the person or object of interest in the environment while in the active state;

in response to detecting the absence of the person or object of interest in the environment while in the active state, entering a countdown state in which the light fixture is controlled to illuminate the environment at the first dimming level for a controllably variable transition delay time; and

in response to expiration of the controllably variable transition delay time without detecting the presence of the person or object of interest in the environment, entering an inactive state in which the light fixture is controlled to illuminate the environment at a second dimming level based on the ambient light level in the environment,

wherein the light fixture is operably connected to a state machine, the state machine being operable to change the controllably variable transition delay time in response to a signal from a remote device.

62. On information and belief, use of the Daintree Lighting Control Solutions product line performs a method of controlling illumination of an environment by a light fixture disposed at a first location. For example, this limitation is shown below:




Current LED Fixtures with Daintree Integrated Controls, Superior savings and performance are built-in (Rev 08/01/23) at 1.

63. On information and belief, use of the Daintree Lighting Control Solutions product line performs a method comprising detecting a presence of a person or object of interest in the environment. For example, this limitation is shown below:

**(11) Default Functionality**

The **WHS100** is designed to be part of the Daintree Networked. It should not be left to operate outside of the network indefinitely. The Daintree Controls Software web application provides many control efficiencies not otherwise available, including changing operational parameters.

As shipped from the factory, before it is joined to the DCS network, and after it joins the network but before it is configured into a zone, the WHS100 controls the connected light as follows:

- During occupancy light is ON at 100%
- During vacancy an on/off light turns OFF, a dimming light is reduced to 10%.
- Vacancy delay (Off Delay) is 10 minutes.

**Functionality after Configured into a Zone**

After the WHS100 is configured into a zone, it follows the control strategy for the zone, including delay time, light levels, and other features. The delay time is whatever the strategy dictates plus 20 seconds. For example, if the strategy is set for 8 minutes, the vacancy delay is 8 minutes and 20 seconds.

Daintree Wireless High Bay Sensor (WHS100) (Rev 07/03/25) at 6.



Current LED Fixtures with Daintree Integrated Controls, Superior savings and performance are built-in (Rev 08/01/23) at 1.



The **Daintree WHS20 Control Module** has a Passive Infrared (PIR) sensor for occupancy detection and an ambient light sensor for turning light output up or down depending on existing daylight and output from other nearby fixtures. The result is consistent task lighting with ongoing energy savings. Innovative **Daintree** methodology synchronizes occupancy and ambient light detection to provide dynamic continuous dimming performance for maximum energy efficiency.

Current LED Fixtures with Daintree Integrated Controls, Superior savings and performance are built-in (Rev 08/01/23) at 2.

64. On information and belief, use of the Daintree Lighting Control Solutions product line performs a method comprising detecting an ambient light level in the environment. For example, this limitation is shown below:

## ⑪ Default Functionality

The **WHS100** is designed to be part of the Daintree Networked. It should not be left to operate outside of the network indefinitely. The Daintree Controls Software web application provides many control efficiencies not otherwise available, including changing operational parameters.

As shipped from the factory, before it is joined to the DCS network, and after it joins the network but before it is configured into a zone, the WHS100 controls the connected light as follows:

- During occupancy light is ON at 100%
- During vacancy an on/off light turns OFF, a dimming light is reduced to 10%.
- Vacancy delay (Off Delay) is 10 minutes.

**Functionality after Configured into a Zone**

After the WHS100 is configured into a zone, it follows the control strategy for the zone, including delay time, light levels, and other features. The delay time is whatever the strategy dictates plus 20 seconds. For example, if the strategy is set for 8 minutes, the vacancy delay is 8 minutes and 20 seconds.

Daintree Wireless High Bay Sensor (WHS100) (Rev 07/03/25) at 6.




Current LED Fixtures with Daintree Integrated Controls, Superior savings and performance are built-in (Rev 08/01/23) at 1.



The **Daintree WHS20 Control Module** has a Passive Infrared (PIR) sensor for occupancy detection and an ambient light sensor for turning light output up or down depending on existing daylight and output from other nearby fixtures. The result is consistent task lighting with ongoing energy savings. Innovative **Daintree** methodology synchronizes occupancy and ambient light detection to provide dynamic continuous dimming performance for maximum energy efficiency.

Current LED Fixtures with Daintree Integrated Controls, Superior savings and performance are built-in (Rev 08/01/23) at 2.

65. On information and belief, use of the Daintree Lighting Control Solutions product line performs a method comprising, in response to detecting the presence of the person or object of interest in the environment, entering an active state in which the light fixture is controlled to illuminate the environment at a first dimming level based on the ambient light level in the environment. For example, this limitation is shown below:

| | Daintree ONE | Daintree EZ CONNECT | Daintree NETWORKED | LightSweep® |
|---|---|---|---|---|
| | WIRELESS | | | WIRED |
| Single-Fixture Control | ✓ | ✓ | ✓ | |
| Daylight Harvesting | ✓ | ✓ | ✓ | ✓ |
| Occupancy Sensing | ✓ | ✓ | ✓ | ✓ |
| Embedded Luminaire Sensors | ✓ | ✓ | ✓ | |
| Zonal Fixture Control | | ✓ | ✓ | ✓ |
| HVAC Controls | | | ✓ | |
| Environmental Monitoring and Alarms | | | ✓ | ✓ |
| Automated Demand Response | | | ✓ | ✓ |
| Plug Load Control | | | ✓ | ✓ |
| Centralized Managed Controls | | | ✓ | ✓ |
| Third-Party Sensor Compatibility | | | ✓ | ✓ |
| Third-Party Software Compatibility | | | ✓ | ✓* |
| Cloud Deployment | | | ✓ | |
| DLC Certification | | | ✓ | |
| Commissioning App | | ✓ | | |
| Energy Harvesting Wireless Switch | | ✓ | | |

*Via BACNET

Daintree Lighting Controls Solutions, Daintree and Lightsweep Controls (Rev 02/14/24) at 8.

66. On information and belief, use of the Daintree Lighting Control Solutions product line performs a method comprising detecting an absence of the person or object of interest in the environment while in the active state. For example, this limitation is shown below:




Daintree EZ Connect, User Manual | App Release v2.3 (Rev 07/20/23) at 6.

67. On information and belief, use of the Daintree Lighting Control Solutions product line performs a method comprising, in response to detecting the absence of the person or object of interest in the environment while in the active state, entering a countdown state in which the light

fixture is controlled to illuminate the environment at the first dimming level for a controllably variable transition delay time. For example, this limitation is shown below:

| | Daintree ONE | Daintree EZ CONNECT | Daintree NETWORKED | LightSweep® |
|---|---|---|---|---|
| | WIRELESS | | | WIRED |
| Single-Fixture Control | ✓ | ✓ | ✓ | |
| Daylight Harvesting | ✓ | ✓ | ✓ | ✓ |
| Occupancy Sensing | ✓ | ✓ | ✓ | ✓ |
| Embedded Luminaire Sensors | ✓ | ✓ | ✓ | |
| Zonal Fixture Control | | ✓ | ✓ | ✓ |
| HVAC Controls | | | ✓ | |
| Environmental Monitoring and Alarms | | | ✓ | ✓ |
| Automated Demand Response | | | ✓ | ✓ |
| Plug Load Control | | | ✓ | ✓ |
| Centralized Managed Controls | | | ✓ | ✓ |
| Third-Party Sensor Compatibility | | | ✓ | ✓ |
| Third-Party Software Compatibility | | | ✓ | ✓* |
| Cloud Deployment | | | ✓ | |
| DLC Certification | | | ✓ | |
| Commissioning App | | ✓ | | |
| Energy Harvesting Wireless Switch | | ✓ | | |

*Via BACNET

Daintree Lighting Controls Solutions, Daintree and Lightsweep Controls (Rev 02/14/24) at 8.

68. On information and belief, use of the Daintree Lighting Control Solutions product line performs a method comprising, in response to expiration of the controllably variable transition delay time without detecting the presence of the person or object of interest in the environment, entering an inactive state in which the light fixture is controlled to illuminate the environment at a second dimming level based on the ambient light level in the environment. For example, this limitation is shown below:

There are three possible operating states that the fixture may assume during standalone operation. These are:

1. **Standby State** – Lighting level is fixed at 0% and can automatically transition to **Background State** if of occupancy is detected beneath the fixture.
2. **Background State** – Lighting level is at a pre-programmed level (50%) and can transition automatically to either a **Task State** (100% lighting level) or **Standby State** (0% lighting level) depending on whether occupancy is detected.
3. **Task State** – Lighting level is at a pre-programmed level (100%) and can transition to a **Background State** (50% lighting level) depending on whether occupancy is detected. The fixture will stay in **Task State** for as long as occupancy is detected.

The state **(Standby, Background, & Task)** changes that will occur based on occupancy detected by the integrated sensor are illustrated in Figure 1.

A fixture will light up from **Standby State (0%)** to **Background State (default 50%)** immediately when occupancy is detected by the sensor. If occupancy continues to be detected under that fixture for a period equal to or greater than a pre-defined **Dwell Time (default of 5 seconds)**, the fixture will illuminate further to **Task State (default 100%)**.

A fixture that is in **Task State** will transition back to **Background State** if no occupancy is detected for a time greater than or equal to **Hold Time (default 10 minutes)**. And a fixture that is in Background State will transition back to a Standby State if no occupancy is detected for a time greater than or equal to the **Group Hold Time (default 10 minutes)**.

Daintree EZ Connect, User Manual | App Release v2.3 (Rev 07/20/23) at 2.

69. On information and belief, use of the Daintree Lighting Control Solutions product line performs a method comprising, in response to expiration of the controllably variable transition delay time without detecting the presence of the person or object of interest in the environment, entering an inactive state in which the light fixture is controlled to illuminate the environment at a second dimming level based on the ambient light level in the environment, wherein the light fixture is operably connected to a state machine, the state machine being operable to change the controllably variable transition delay time in response to a signal from a remote device. For example, this limitation is shown below:

The WHS20 Control Module is equipped with a passive infrared (PIR) sensor for Occupancy Detection and an ambient light sensor for Ambient Light Detection to adjust the luminaire based on external light levels from daylight and other fixtures to ensure consistent lighting at the task level. With innovative methodology, Occupancy and Ambient Light Detection can be synchronized to provide dynamic continuous dimming performance to maximize energy efficiency.

Available in both a bottom mount and side mount version, the WHS20 is an extremely versatile solution for a wide range of fixture types including low, mid, and high bay luminaires. Perfect for industrial warehouses and racked aisles, the WHS20 has an optional snap-on aisle mask for directed occupancy detection that makes for simple and easy installation. With a wide operating temperature range, the WHS20 is well suited for more demanding environments such as manufacturing spaces, high bay retail, warehouses and parking garages.

Lighting parameters can be customized to fit with be lighting strategy of the building by operating in one of the following modes:

1) As **Daintree® ONE** standalone control module with occupancy and ambient light detection, configured with the Daintree Wireless Handheld Remote (WHR1)
2) As **Daintree® EZ Connect** zonal based control with occupancy and ambient light detection, configured with the **Daintree® EZ Connect** app, available for download on the Apple® App Store.
3) As a component of the **Daintree® Networked** solution - a highly scalable system for lighting and building control, monitoring, and optimization.

Daintree Wireless Controls, WHS20 Wireless Sensor (06/12/24) at 1.

70. Upon information and belief, in addition to acts of direct infringement, Defendants have indirectly infringed and continue to indirectly infringe at least claim 1 of the '068 Patent in violation of 35 U.S.C. § 271(b), (c), and (f). Defendants were aware and received notice of their infringement of the '068 Patent at least as early as the date that this Complaint was filed.

71. From at least the time Defendants have known of the '068 Patent, Defendants have induced and continue to induce others to infringe at least claim 1 of the '068 Patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe by encouraging clients and customers to infringe.

72. Defendants have induced and continue to induce customers and others to directly infringe at least claim 1 of the '068 Patent when, for example, they use products from the Daintree Lighting Control Solutions product line.

73. Defendants have actively, knowingly, and intentionally induced, and continue to actively, knowingly, and intentionally induce, infringement of the '068 Patent with the knowledge and intent that customers and others will use the products from the Daintree Lighting Control Solutions product line, and with the knowledge and intent to encourage and facilitate customers' and others' infringement through the creation and dissemination of promotional and marketing materials, supporting materials, instructions, product manuals, and/or technical information related to the Daintree Lighting Control Solutions product line, such as:

https://www.led.com/controls-sensors/daintree-wireless-controls
https://www.led.com/controls-sensors/daintree-one
https://www.led.com/controls-sensors/daintree-ezconnect-wireless-lighting-controls
https://www.led.com/controls-sensors/daintree-networked
https://cdn.currentlighting.com/site/brochure/DT024-Daintree-LightSweep-Lighting-Controls-Brochure.pdf
https://www.led.com/controls-sensors/daintree-networked/videos

https://www.led.com/controls-sensors/daintree-wireless-controls/daintree-controls-software
https://cdn.currentlighting.com/site/brochure/DT032-Current-Daintree-Controls-Software-Sell-Sheet.pdf
https://cdn.currentlighting.com/site/specsheet/DT_DaintreeControlsSoftware_SpecSheet.pdf
https://www.led.com/whs20-high-bay-sensor/319710
https://www.led.com/sites/default/files/documents/CTRL037-GE-Daintree-EZ-Connect-User-Manual.pdf

74. Defendants have also contributed to and continue to contribute to the infringement of at least claim 1 of the '068 Patent in violation of 35 U.S.C. § 271(c) and (f) by, among other things, making, using, offering to sell, selling, and/or importing the Daintree Lighting Control Solutions product line.

75. Defendants make, use, offer to sell, sell, and/or import such products with the knowledge that they are especially designed for use in practicing and constitute a material part of the claimed method of the '068 Patent, and are not a staple article of commerce suitable for substantial non-infringing use. For example, Defendants actively and knowingly sell components of the Daintree Lighting Control Solutions product line, and provide customer support, installation, instruction manuals, and/or other technical information to customers for the use of such products in practicing the claimed method.

76. Defendants' infringement of the '068 Patent is willful. As set forth above, Defendants have had knowledge of the '068 Patent since at least the filing of this Complaint and have been aware since such time of their infringement of the '068 Patent. Since at least the filing of this Complaint, Defendants (a) have had knowledge of, or have been willfully blind to, the existence of the '068 Patent, and (b) have had knowledge, or have been willfully blind, that their conduct constitutes infringement, inducement, and/or contributory infringement of the '068 Patent.

77. As a result of Defendants' infringement of the '068 Patent, Digital Lumens has suffered monetary damages, and will continue to suffer damages in the future, and is entitled to no less than a reasonable royalty for Defendants' infringement of the claimed inventions of the '068 Patent, together with interest and costs to be determined by the Court.

78. Defendants do not have any rights to use the '068 Patent as alleged in this Complaint.

79. Digital Lumens has complied with 35 U.S.C. § 287.

80. Digital Lumens' Asserted Patents are publicly available from the United States Patent Office and other online resources such as Google Patents.

81. Defendants' acts of direct and indirect infringement have caused and continue to cause damage to Digital Lumens. Digital Lumens is entitled to damages in accordance with 35 U.S.C. §§ 271, 281, and 284 sustained as a result of Defendants' wrongful acts in an amount to be proven at trial.

**COUNT III**

**(Infringement of U.S. Patent No. 11,339,927)**

82. Digital Lumens incorporates by reference the allegations set forth in the preceding paragraphs as though fully set forth herein.

83. Defendants have directly infringed the '927 Patent, either literally or under the doctrine of equivalents, including at least claim 1, under 35 U.S.C. § 271(a), by making, using, offering to sell, selling, and/or importing into the United States, including, but not limited to, products substantially similar to the Daintree Lighting Control Solutions, NX Lighting Controls, and LightGRID+ product lines, including the fixtures and luminaires that support these product lines described below, and/or other products with substantially similar features (collectively, the

"'927 Accused Products").

84. The Daintree Lighting Control Solutions product line is an exemplary infringing instrumentality to serve as notice of Defendants' infringing acts, but Digital Lumens reserves the right to name additional infringing products, known or learned by Digital Lumens or revealed during discovery, and include them in the definition of the '927 Accused Products.

85. Claim 1 of the '927 Patent recites:

> 1. A lighting apparatus, comprising:
>
> a plurality of LED-based light sources to generate dimmable illumination at a plurality of different dimming levels;
>
> an occupancy sensor to detect a presence and an absence of an occupant within a sensing range of the lighting fixture, the occupancy sensor generating an occupancy sensor signal representative of:
>
> an active state in which the presence of the occupant is detected; and
> an inactive state in which the absence of the occupant is detected;
>
> an ambient light sensor to detect an ambient light level within an illumination range of the plurality of LED-based light sources, the ambient light sensor generating an ambient light sensor signal representative of the ambient light level within the illumination range of the LED-based light sources; and
>
> a controller, coupled to the plurality of LED-based light sources, the occupancy sensor, and the ambient light sensor, to control (i) a controllably variable delay time in response to a signal from a remote device and (ii) the plurality of LED-based light sources based at least in part on the occupancy sensor signal and the ambient light sensor signal, wherein the controller:
>
> A) controls the plurality of LED-based light sources to generate the dimmable illumination at a first dimming level of the plurality of different dimming levels corresponding to the active state represented by the occupancy sensor signal and the ambient light level represented by the ambient light sensor signal;
>
> B) controls a countdown state in which the plurality of LED-based light sources generates the dimmable illumination at the first dimming level for the controllably variable delay time in response to the active state; and

> C) controls the plurality of LED-based light sources to generate the dimmable illumination at a second dimming level of the plurality of different dimming levels corresponding to the inactive state represented by the occupancy sensor signal and the ambient light level represented by the ambient light sensor signal.

86. On information and belief, the Daintree Lighting Control Solutions product line includes a lighting apparatus. For example, this limitation is shown below:




Current LED Fixtures with Daintree Integrated Controls, Superior savings and performance are built-in (Rev 08/01/23) at 1.

87. On information and belief, the Daintree Lighting Control Solutions product line includes a lighting apparatus comprising a plurality of LED-based light sources to generate dimmable illumination at a plurality of different dimming levels. For example, this limitation is shown below:




Current LED Fixtures with Daintree Integrated Controls, Superior savings and performance are built-in (Rev 08/01/23) at 1.

88. On information and belief, the Daintree Lighting Control Solutions product line includes a lighting apparatus comprising an occupancy sensor to detect a presence and an absence of an occupant within a sensing range of the lighting fixture. For example, this limitation is shown below:

## INTEGRATION WITH AWARD WINNING FIXTURES

Daintree Wireless Controls are already integrated in your favorite Current LED fixtures. Integrating the controls into the fixture cuts labor costs considerably since the sensors are already embedded in the lighting fixtures. There's no need to get above the ceiling plenum and install additional devices. Visit our website LED.com for a complete list of LED Fixtures that have Daintree integrated controls.




Daintree provides a wide variety of controls options available for 0-10V control for fixtures without embedded sensors.

For more information contact your Current rep or go to LED.com

Daintree Lighting Controls Solutions, Daintree and Lightsweep Controls (Rev 02/14/24) at 8.

89. On information and belief, the Daintree Lighting Control Solutions product line includes a lighting apparatus comprising an occupancy sensor, the occupancy sensor generating an occupancy sensor signal representative of an active state in which the presence of the occupant is detected. For example, this limitation is shown below:

## Adjusting Occupancy Sensor Settings



> **Note:**
> Occupancy control can also interact with Ambient Light control

Daintree Controls, WHS20/WHR1 User Manual | V1.0 (06/19/23) at 16.

90. On information and belief, the Daintree Lighting Control Solutions product line includes a lighting apparatus comprising an occupancy sensor, the occupancy sensor generating an occupancy sensor signal representative of an inactive state in which the absence of the occupant is detected. For example, this limitation is shown below:




Daintree EZ Connect, User Manual | App Release v2.3 (Rev 07/20/23) at 6.

> A fixture will light up from **Standby State (0%)** to **Background State (default 50%)** immediately when occupancy is detected by the sensor. If occupancy continues to be detected under that fixture for a period equal to or greater than a pre-defined **Dwell Time** (**default of 5 seconds**), the fixture will illuminate further to **Task State (default 100%)**.
>
> A fixture that is in **Task State** will transition back to **Background State** if no occupancy is detected for a time greater than or equal to **Hold Time (default 10 minutes)**. And a fixture that is in Background State will transition back to a Standby State if no occupancy is detected for a time greater than or equal to the **Group Hold Time (default 10 minutes)**.

Daintree EZ Connect, User Manual | App Release v2.3 (Rev 07/20/23) at 2.

91. On information and belief, the Daintree Lighting Control Solutions product line

includes a lighting apparatus comprising an ambient light sensor to detect an ambient light level within an illumination range of the plurality of LED-based light sources, the ambient light sensor generating an ambient light sensor signal representative of the ambient light level within the illumination range of the LED-based light sources. For example, this limitation is shown below:



INTEGRATION WITH AWARD WINNING FIXTURES

Daintree Wireless Controls are already integrated in your favorite Current LED fixtures. Integrating the controls into the fixture cuts labor costs considerably since the sensors are already embedded in the lighting fixtures. There's no need to get above the ceiling plenum and install additional devices. Visit our website LED.com for a complete list of LED Fixtures that have Daintree integrated controls.

Daintree provides a wide variety of controls options available for 0-10V control for fixtures without embedded sensors.

ABV3 ALV1 ABR1

LVT LVR

For more information contact your Current rep or go to LED.com

Daintree Lighting Controls Solutions, Daintree and Lightsweep Controls (Rev 02/14/24) at 8.

92. On information and belief, the Daintree Lighting Control Solutions product line includes a lighting apparatus comprising a controller, coupled to the plurality of LED-based light sources, the occupancy sensor, and the ambient light sensor, to control (i) a controllably variable delay time in response to a signal from a remote device and (ii) the plurality of LED-based light sources based at least in part on the occupancy sensor signal and the ambient light sensor signal. For example, this limitation is shown below:

The WHS20 Control Module is equipped with a passive infrared (PIR) sensor for Occupancy Detection and an ambient light sensor for Ambient Light Detection to adjust the luminaire based on external light levels from daylight and other fixtures to ensure consistent lighting at the task level. With innovative methodology, Occupancy and Ambient Light Detection can be synchronized to provide dynamic continuous dimming performance to maximize energy efficiency.

Available in both a bottom mount and side mount version, the WHS20 is an extremely versatile solution for a wide range of fixture types including low, mid, and high bay luminaires. Perfect for industrial warehouses and racked aisles, the WHS20 has an optional snap-on aisle mask for directed occupancy detection that makes for simple and easy installation. With a wide operating temperature range, the WHS20 is well suited for more demanding environments such as manufacturing spaces, high bay retail, warehouses and parking garages.

Lighting parameters can be customized to fit with be lighting strategy of the building by operating in one of the following modes:

1) As **Daintree® ONE** standalone control module with occupancy and ambient light detection, configured with the Daintree Wireless Handheld Remote (WHR1)
2) As **Daintree® EZ Connect** zonal based control with occupancy and ambient light detection, configured with the **Daintree® EZ Connect** app, available for download on the Apple® App Store.
3) As a component of the **Daintree® Networked** solution - a highly scalable system for lighting and building control, monitoring, and optimization.

Daintree Wireless Controls, WHS20 Wireless Sensor (06/12/24) at 1.

93. On information and belief, the Daintree Lighting Control Solutions product line includes a lighting apparatus comprising a controller, coupled to the plurality of LED-based light sources, the occupancy sensor, and the ambient light sensor, to control (i) a controllably variable delay time in response to a signal from a remote device and (ii) the plurality of LED-based light sources based at least in part on the occupancy sensor signal and the ambient light sensor signal, wherein the controller controls the plurality of LED-based light sources to generate the dimmable illumination at a first dimming level of the plurality of different dimming levels corresponding to the active state represented by the occupancy sensor signal and the ambient light level represented by the ambient light sensor signal. For example, this limitation is shown below:

| | Daintree ONE | Daintree EZ CONNECT | Daintree NETWORKED | LightSweep® |
|---|---|---|---|---|
| | WIRELESS | | | WIRED |
| Single-Fixture Control | ✓ | ✓ | ✓ | |
| Daylight Harvesting | ✓ | ✓ | ✓ | ✓ |
| Occupancy Sensing | ✓ | ✓ | ✓ | ✓ |
| Embedded Luminaire Sensors | ✓ | ✓ | ✓ | |
| Zonal Fixture Control | | ✓ | ✓ | ✓ |
| HVAC Controls | | | ✓ | |
| Environmental Monitoring and Alarms | | | ✓ | ✓ |
| Automated Demand Response | | | ✓ | ✓ |
| Plug Load Control | | | ✓ | ✓ |
| Centralized Managed Controls | | | ✓ | ✓ |
| Third-Party Sensor Compatibility | | | ✓ | ✓ |
| Third-Party Software Compatibility | | | ✓ | ✓* |
| Cloud Deployment | | | ✓ | |
| DLC Certification | | | ✓ | |
| Commissioning App | | ✓ | | |
| Energy Harvesting Wireless Switch | | ✓ | | |

*Via BACNET

Daintree Lighting Controls Solutions, Daintree and Lightsweep Controls (Rev 02/14/24) at 8.

94. On information and belief, the Daintree Lighting Control Solutions product line includes a lighting apparatus comprising a controller, coupled to the plurality of LED-based light sources, the occupancy sensor, and the ambient light sensor, to control (i) a controllably variable delay time in response to a signal from a remote device and (ii) the plurality of LED-based light sources based at least in part on the occupancy sensor signal and the ambient light sensor signal, wherein the controller controls a countdown state in which the plurality of LED-based light sources generates the dimmable illumination at the first dimming level for the controllably variable delay time in response to the active state. For example, this limitation is shown below:

| | Daintree ONE | Daintree EZ CONNECT | Daintree NETWORKED | LightSweep® |
|---|---|---|---|---|
| | WIRELESS | | | WIRED |
| Single-Fixture Control | ✓ | ✓ | ✓ | |
| Daylight Harvesting | ✓ | ✓ | ✓ | ✓ |
| Occupancy Sensing | ✓ | ✓ | ✓ | ✓ |
| Embedded Luminaire Sensors | ✓ | ✓ | ✓ | |
| Zonal Fixture Control | | ✓ | ✓ | ✓ |
| HVAC Controls | | | ✓ | |
| Environmental Monitoring and Alarms | | | ✓ | ✓ |
| Automated Demand Response | | | ✓ | ✓ |
| Plug Load Control | | | ✓ | ✓ |
| Centralized Managed Controls | | | ✓ | ✓ |
| Third-Party Sensor Compatibility | | | ✓ | ✓ |
| Third-Party Software Compatibility | | | ✓ | ✓* |
| Cloud Deployment | | | ✓ | |
| DLC Certification | | | ✓ | |
| Commissioning App | | ✓ | | |
| Energy Harvesting Wireless Switch | | ✓ | | |

*Via BACNET*

Daintree Lighting Controls Solutions, Daintree and Lightsweep Controls (Rev 02/14/24) at 8.

95. On information and belief, the Daintree Lighting Control Solutions product line includes a lighting apparatus comprising a controller, coupled to the plurality of LED-based light sources, the occupancy sensor, and the ambient light sensor, to control (i) a controllably variable delay time in response to a signal from a remote device and (ii) the plurality of LED-based light sources based at least in part on the occupancy sensor signal and the ambient light sensor signal, wherein the controller controls the plurality of LED-based light sources to generate the dimmable illumination at a second dimming level of the plurality of different dimming levels corresponding to the inactive state represented by the occupancy sensor signal and the ambient light level represented by the ambient light sensor signal. For example, this limitation is shown below:

| | Daintree ONE | Daintree EZ CONNECT | Daintree NETWORKED | LightSweep® |
|---|---|---|---|---|
| | WIRELESS | | | WIRED |
| Single-Fixture Control | ✓ | ✓ | ✓ | |
| Daylight Harvesting | ✓ | ✓ | ✓ | ✓ |
| Occupancy Sensing | ✓ | ✓ | ✓ | ✓ |
| Embedded Luminaire Sensors | ✓ | ✓ | ✓ | |
| Zonal Fixture Control | | ✓ | ✓ | ✓ |
| HVAC Controls | | | ✓ | |
| Environmental Monitoring and Alarms | | | ✓ | ✓ |
| Automated Demand Response | | | ✓ | ✓ |
| Plug Load Control | | | ✓ | ✓ |
| Centralized Managed Controls | | | ✓ | ✓ |
| Third-Party Sensor Compatibility | | | ✓ | ✓ |
| Third-Party Software Compatibility | | | ✓ | ✓* |
| Cloud Deployment | | | ✓ | |
| DLC Certification | | | ✓ | |
| Commissioning App | | ✓ | | |
| Energy Harvesting Wireless Switch | | ✓ | | |

*Via BACNET

Daintree Lighting Controls Solutions, Daintree and Lightsweep Controls (Rev 02/14/24) at 8.

96. Upon information and belief, in addition to acts of direct infringement, Defendants have indirectly infringed and continue to indirectly infringe at least claim 1 of the ’927 Patent in violation of 35 U.S.C. § 271(b), (c), and (f). Defendants were aware and received notice of their infringement of the ’927 Patent at least as early as the date that this Complaint was filed.

97. From at least the time Defendants have known of the ’927 Patent, Defendants have induced and continue to induce others to infringe at least claim 1 of the ’927 Patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe by encouraging clients and customers to infringe.

98. Defendants have induced and continue to induce customers and others to directly infringe at least claim 1 of the ’927 Patent when, for example, they use products from the Daintree Lighting Control Solutions product line.

99. Defendants have actively, knowingly, and intentionally induced, and continue to actively, knowingly, and intentionally induce, infringement of the ’927 Patent with the knowledge and intent that customers and others will use the products from the Daintree Lighting Control Solutions product line, and with the knowledge and intent to encourage and facilitate customers’ and others’ infringement through the creation and dissemination of promotional and marketing materials, supporting materials, instructions, product manuals, and/or technical information related to the Daintree Lighting Control Solutions product line, such as:

https://www.led.com/controls-sensors/daintree-wireless-controls
https://www.led.com/controls-sensors/daintree-one
https://www.led.com/controls-sensors/daintree-ezconnect-wireless-lighting-controls
https://www.led.com/controls-sensors/daintree-networked
https://cdn.currentlighting.com/site/brochure/DT024-Daintree-LightSweep-Lighting-Controls-Brochure.pdf
https://www.led.com/controls-sensors/daintree-networked/videos
https://www.led.com/controls-sensors/daintree-wireless-controls/daintree-controls-software
https://cdn.currentlighting.com/site/brochure/DT032-Current-Daintree-Controls-Software-Sell-Sheet.pdf
https://cdn.currentlighting.com/site/specsheet/DT_DaintreeControlsSoftware_SpecSheet.pdf
https://www.led.com/whs20-high-bay-sensor/319710
https://www.led.com/sites/default/files/documents/CTRL037-GE-Daintree-EZ-Connect-User-Manual.pdf

100. Defendants have also contributed to and continue to contribute to the infringement of at least claim 1 of the ’927 Patent in violation of 35 U.S.C. § 271(c) and (f) by, among other things, making, using, offering to sell, selling, and/or importing the Daintree Lighting Control Solutions product line.

101. Defendants make, use, offer to sell, sell, and/or import such products with the knowledge that they are especially designed for use in and constitute a material part of the claimed devices of the ’927 Patent, and are not a staple article of commerce suitable for substantial non-infringing use. For example, Defendants actively and knowingly sell components of the Daintree

Lighting Control Solutions product line, and provide customer support, installation, instruction manuals, and/or other technical information to customers for the use of such products as a component of the devices in the claims.

102. Defendants' infringement of the '927 Patent is willful. As set forth above, Defendants have had knowledge of the '927 Patent since at least the filing of this Complaint and have been aware since such time of their infringement of the '927 Patent. Since at least the filing of this Complaint, Defendants (a) have had knowledge of, or have been willfully blind to, the existence of the '927 Patent, and (b) have had knowledge, or have been willfully blind, that their conduct constitutes infringement, inducement, and/or contributory infringement of the '927 Patent.

103. As a result of Defendants' infringement of the '927 Patent, Digital Lumens has suffered monetary damages, and will continue to suffer damages in the future, and is entitled to no less than a reasonable royalty for Defendants' infringement of the claimed inventions of the '927 Patent, together with interest and costs to be determined by the Court.

104. Defendants do not have any rights to use the '927 Patent as alleged in this Complaint.

105. Digital Lumens has complied with 35 U.S.C. § 287.

106. Digital Lumens' Asserted Patents are publicly available from the United States Patent Office and other online resources such as Google Patents.

107. Defendants' acts of direct and indirect infringement have caused and continue to cause damage to Digital Lumens. Digital Lumens is entitled to damages in accordance with 35 U.S.C. §§ 271, 281, and 284 sustained as a result of Defendants' wrongful acts in an amount to be proven at trial.

**COUNT IV**

**(Infringement of U.S. Patent No. 8,138,690)**

108. Digital Lumens incorporates by reference the allegations set forth in the preceding paragraphs as though fully set forth herein.

109. Defendants have directly infringed the ’690 Patent, either literally or under the doctrine of equivalents, including at least claim 1, under 35 U.S.C. § 271(a), by making, using, offering to sell, selling, and/or importing into the United States, including, but not limited to, products substantially similar to the Daintree Lighting Control Solutions, NX Lighting Controls, and LightGRID+ product lines, including the fixtures and luminaires that support these product lines described below, and/or other products with substantially similar features (collectively, the "’690 Accused Products").

110. The LightGRID+ product line is an exemplary infringing instrumentality to serve as notice of Defendants’ infringing acts, but Digital Lumens reserves the right to name additional infringing products, known or learned by Digital Lumens or revealed during discovery, and include them in the definition of the ’690 Accused Products.

111. Claim 1 of the ’690 Patent recites:

> 1. A lighting fixture to provide variable occupancy-based lighting, the lighting fixture comprising:
>
> a housing;
>
> at least one occupancy sensor, disposed in or coupled to the housing, to provide occupancy information;
>
> a plurality of light emitting diode (LED) light bars disposed in the housing to provide the variable occupancy-based lighting at a plurality of light levels;
>
> a power management module (PMM), disposed in the housing and operatively coupled to the at least one occupancy sensor and the plurality of LED light bars, to adjust the variable occupancy-based lighting based at least

in part on the occupancy information provided by the at least one occupancy sensor, the power management module including:

a memory to store lighting parameters, wherein the lighting parameters include at least an active power output level of the plurality of light levels and an inactive power output level of the plurality of light levels; and

a digital light agent controller to implement a state machine to analyze the occupancy information and control the plurality of LED light bars based on the lighting parameters in the memory so as to provide the variable occupancy-based lighting at the active power output level of the plurality of light levels or the inactive power output level of the plurality of light levels; and

a meter circuit, operatively coupled to the digital light agent controller and the plurality of LED light bars, to determine an energy usage by the plurality of LED light bars.

112. On information and belief, the LightGRID+ product line includes a lighting fixture to provide variable occupancy-based lighting. For example, this limitation is shown below:




LightGRID+ Wireless Outdoor Lighting System (Rev 04/03/24) at 8-9.

113. On information and belief, the LightGRID+ product line includes a lighting fixture comprising a housing. For example, this limitation is shown below:




LightGRID+ Wireless Outdoor Lighting System (Rev 04/03/24) at 10.

114. On information and belief, the LightGRID+ product line includes a lighting fixture comprising at least one occupancy sensor, disposed in or coupled to the housing, to provide occupancy information. For example, this limitation is shown below:

**What type of input devices can I connect to a LightGRID+ module?**

Any low voltage device that can provide an input signal (e.g. motion sensors, photocells, switches, security cameras, lux meters, etc.) can be connected to a module. The internal fixture module supports up to three (3) inputs and the external fixture module supports one (1) input.

LightGRID+, Frequently Asked Questions (04/24/23) at 1.

115. On information and belief, the LightGRID+ product line includes a lighting fixture comprising a plurality of light emitting diode (LED) light bars disposed in the housing to provide the variable occupancy-based lighting at a plurality of light levels. For example, this limitation is shown below:




LightGRID+ Wireless Outdoor Lighting System (Rev 04/03/24) at 10.

116. On information and belief, the LightGRID+ product line includes a lighting fixture comprising a power management module (PMM), disposed in the housing and operatively coupled to the at least one occupancy sensor and the plurality of LED light bars, to adjust the variable occupancy-based lighting based at least in part on the occupancy information provided by the at least one occupancy sensor. For example, this limitation is shown below:




LightGRID+ Wireless Outdoor Lighting System (Rev 04/03/24) at 11.

117. On information and belief, the LightGRID+ product line includes a lighting fixture comprising a power management module, the power management module including a memory to store lighting parameters, wherein the lighting parameters include at least an active power output level of the plurality of light levels and an inactive power output level of the plurality of light levels. For example, this limitation is shown below:

| | |
|---|---|
| I. | System nodes shall be able to maintain accurate date time while powered |
| J. | Each system node shall be capable of storing their Geographic Coordinates in nonvolatile memory |
| K. | System shall be capable of storing diagnostic logs for troubleshooting purposes |

LightGRID+, Digital Network Lighting Control Devices Guide Specification (2022) at 6.

| | |
|---|---|
| F. | Relay Modules shall be fully programmable and capable of storing and autonomously execute commands and scenarios with the following minimum functionalities. The operating scenarios described below shall reside within each addressable intelligent relays even in case of power outage. Systems which rely on the operator to develop these scenarios using a programming language will not be allowed. |

LightGRID+, Digital Network Lighting Control Devices Guide Specification (2022) at 8.

118. On information and belief, the LightGRID+ product line includes a lighting fixture comprising a power management module, the power management module including a digital light agent controller to implement a state machine to analyze the occupancy information and control the plurality of LED light bars based on the lighting parameters in the memory so as to provide the variable occupancy-based lighting at the active power output level of the plurality of light levels or the inactive power output level of the plurality of light levels. For example, this limitation is shown below:




LightGRID+ Wireless Outdoor Lighting System (Rev 04/03/24) at 8-9.

119. On information and belief, the LightGRID+ product line includes a lighting fixture comprising a meter circuit, operatively coupled to the digital light agent controller and the plurality of LED light bars, to determine an energy usage by the plurality of LED light bars. For example, this limitation is shown below:

# LightGRID+ Core Capabilities

**Manage**
Setup and code compliance are simple using the LightGRID+ software suite. Lights with wireless nodes are placed on maps or site plans and configured to meet code.

**Monitor**
No more calls about a luminaire being out – you know it first. The LightGRID+ system provides 24/7 monitoring of each luminaire with alarm notifications via SMS or email.

**Measure**
Revenue-grade metering enables you to determine just how much energy is being consumed by individual luminaires, sites or an entire city.

LightGRID+ Wireless Outdoor Lighting System (Rev 04/03/24) at 5.

120. Upon information and belief, in addition to acts of direct infringement, Defendants have indirectly infringed and continue to indirectly infringe at least claim 1 of the '690 Patent in violation of 35 U.S.C. § 271(b), (c), and (f). Defendants were aware and received notice of their infringement of the '690 Patent at least as early as the date that this Complaint was filed.

121. From at least the time Defendants have known of the '690 Patent, Defendants have induced and continue to induce others to infringe at least claim 1 of the '690 Patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe by encouraging clients and customers to infringe.

122. Defendants have induced and continue to induce customers and others to directly infringe at least claim 1 of the '690 Patent when, for example, they use products from the LightGRID+ product line.

123. Defendants have actively, knowingly, and intentionally induced, and continue to actively, knowingly, and intentionally induce, infringement of the '690 Patent with the knowledge and intent that customers and others will use the products from the LightGRID+ product line, and with the knowledge and intent to encourage and facilitate customers' and others' infringement through the creation and dissemination of promotional and marketing materials, supporting materials, instructions, product manuals, and/or technical information related to the LightGRID+ product line, such as:

https://www.currentlighting.com/controls/lightgridplus
https://www.currentlighting.com/products/product-category-filter/2106/controls_platform/LightGRIDPlus
https://cdn.currentlighting.com/site/brochure/NX_LightGRID_Brochure.pdf
https://cdn.currentlighting.com/image/upload/v1684163878/Site/literature/HLI_NX_LightGRID_FAQ.pdf
https://www.led.com/controls-sensors/lightgridplus

https://cdn.currentlighting.com/site/installationmanuals/LG_CTRL044_Mesh_Cellular_Node_Install_Sheet.pdf
https://cdn.currentlighting.com/site/installationmanuals/LG_CTRL042_Internal_Node_Install_Sheet.pdf
https://cdn.currentlighting.com/site/installationmanuals/CTRL043-LightGrid-Gateway-Installation-Guide.pdf
https://cdn.currentlighting.com/site/specsheet/LG_CTRL026_ELWN_Mesh_Node.pdf
https://cdn.currentlighting.com/site/specsheet/LG_CTRL018_ELWN_Internal_Mesh_Node.pdf
https://cdn.currentlighting.com/site/specsheet/LG_CTRL025_ELWC_Cellular_Node.pdf
https://cdn.currentlighting.com/site/specsheet/LG_CTRL025_ELWC_Cellular_Node.pdf
https://cdn.currentlighting.com/site/specsheet/LG_CTRL023_ELWG_Mesh_Gateway.pdf

124. Defendants have also contributed to and continue to contribute to the infringement of at least claim 1 of the ’690 Patent in violation of 35 U.S.C. § 271(c) and (f) by, among other things, making, using, offering to sell, selling, and/or importing the LightGRID+ product line.

125. Defendants make, use, offer to sell, sell, and/or import such products with the knowledge that they are especially designed for use in and constitute a material part of the claimed devices of the ’690 Patent, and are not a staple article of commerce suitable for substantial non-infringing use. For example, Defendants actively and knowingly sell components of the LightGRID+ product line, and provide customer support, installation, instruction manuals, and/or other technical information to customers for the use of such products as a component of the devices in the claims.

126. Defendants’ infringement of the ’690 Patent is willful. As set forth above, Defendants have had knowledge of the ’690 Patent since at least the filing of this Complaint and have been aware since such time of their infringement of the ’690 Patent. Since at least the filing of this Complaint, Defendants (a) have had knowledge of, or have been willfully blind to, the existence of the ’690 Patent, and (b) have had knowledge, or have been willfully blind, that their conduct constitutes infringement, inducement, and/or contributory infringement of the ’690 Patent.

127. As a result of Defendants' infringement of the '690 Patent, Digital Lumens has suffered monetary damages, and will continue to suffer damages in the future, and is entitled to no less than a reasonable royalty for Defendants' infringement of the claimed inventions of the '690 Patent, together with interest and costs to be determined by the Court.

128. Defendants do not have any rights to use the '690 Patent as alleged in this Complaint.

129. Digital Lumens has complied with 35 U.S.C. § 287.

130. Digital Lumens' Asserted Patents are publicly available from the United States Patent Office and other online resources such as Google Patents.

131. Defendants' acts of direct and indirect infringement have caused and continue to cause damage to Digital Lumens. Digital Lumens is entitled to damages in accordance with 35 U.S.C. §§ 271, 281, and 284 sustained as a result of Defendants' wrongful acts in an amount to be proven at trial.

**COUNT V**

**(Infringement of U.S. Patent No. 8,339,069)**

132. Digital Lumens incorporates by reference the allegations set forth in the preceding paragraphs as though fully set forth herein.

133. Defendants have directly infringed the '069 Patent, either literally or under the doctrine of equivalents, including at least claim 1, under 35 U.S.C. § 271(a), by making, using, offering to sell, selling, and/or importing into the United States, including, but not limited to, products substantially similar to the Daintree Lighting Control Solutions, NX Lighting Controls, and LightGRID+ product lines described below, including the fixtures and luminaires that support

these product lines, and/or other products with substantially similar features (collectively, the "'069 Accused Products").

134. The LightGRID+ product line is an exemplary infringing instrumentality to serve as notice of Defendants' infringing acts, but Digital Lumens reserves the right to name additional infringing products, known or learned by Digital Lumens or revealed during discovery, and include them in the definition of the '069 Accused Products.

135. Claim 1 of the '069 Patent recites:

> 1. A method to provide variable occupancy-based lighting of an environment at a plurality of light levels, including an active power output level and an inactive power output level, the method comprising:
>
> A) storing, in a memory, lighting parameters relating to the environment, wherein the lighting parameters include at least an active power output level parameter and an inactive power output level parameter;
>
> B) receiving occupancy data representing occupancy in the environment;
>
> C) controlling a lighting fixture to provide the variable occupancy-based lighting at the plurality of light levels, based at least in part on the occupancy data and/or the lighting parameters;
>
> D) measuring energy usage of the lighting fixture based at least in part on C); and
>
> E) logging, in the memory, a power measurement representing the energy usage measured in D).

136. On information and belief, use of the LightGRID+ product line performs a method to provide variable occupancy-based lighting of an environment at a plurality of light levels, including an active power output level and an inactive power output level. For example, this limitation is shown below:




LightGRID+, LightGRID+ Series, LightGRID+ Enterprise Software (Rev 06/30/23) at 3.

137. On information and belief, use of the LightGRID+ product line performs a method comprising A) storing, in a memory, lighting parameters relating to the environment, wherein the lighting parameters include at least an active power output level parameter and an inactive power output level parameter. For example, this limitation is shown below:

> F. Relay Modules shall be fully programmable and capable of storing and autonomously execute commands and scenarios with the following minimum functionalities. The operating scenarios described below shall reside within each addressable intelligent relays even in case of power outage. Systems which rely on the operator to develop these scenarios using a programming language will not be allowed.

LightGRID+, Digital Network Lighting Control Devices Guide Specification (2022) at 8.

> - Programmable delay and dimming level when power is restored following a power outage for peak shaving

LightGRID+ Series, LightGRID+ Wireless Internal Fixture Module (Rev 06/27/24) at 1.

138. On information and belief, use of the LightGRID+ product line performs a method comprising B) receiving occupancy data representing occupancy in the environment. For example, this limitation is shown below:




LightGRID+ Wireless Outdoor Lighting System (Rev 04/03/24) at 13.

139. On information and belief, use of the LightGRID+ product line performs a method comprising C) controlling a lighting fixture to provide the variable occupancy-based lighting at the plurality of light levels, based at least in part on the occupancy data and/or the lighting parameters. For example, this limitation is shown below:




LightGRID+ Wireless Outdoor Lighting System (Rev 04/03/24) at 13.

140. On information and belief, use of the LightGRID+ product line performs a method comprising D) measuring energy usage of the lighting fixture based at least in part on C). For example, this limitation is shown below:

## LightGRID+ Core Capabilities

**Manage**
Setup and code compliance are simple using the LightGRID+ software suite. Lights with wireless nodes are placed on maps or site plans and configured to meet code.

**Monitor**
No more calls about a luminaire being out – you know it first. The LightGRID+ system provides 24/7 monitoring of each luminaire with alarm notifications via SMS or email.

**Measure**
Revenue-grade metering enables you to determine just how much energy is being consumed by individual luminaires, sites or an entire city.

LightGRID+ Wireless Outdoor Lighting System (Rev 04/03/24) at 5.

141. On information and belief, use of the LightGRID+ product line performs a method comprising E) logging, in the memory, a power measurement representing the energy usage measured in D). For example, this limitation is shown below:

**DESCRIPTION**
The LightGRID+ Fixture Module is a bidirectional wireless RF device that allows an individual fixture to be managed, monitored and metered. Universal input voltage allows the module to function on 110-480V circuits at 50/60 Hz. The Fixture Module works with all fixture types including: LED, Induction, MH-HPS-LPS, Incandescent, Halogen and Plasma. The adaptable sink and source 0-10V output is compatible with all dimming drivers. Digital and analog inputs and outputs make sending and receiving signals from additional control devices simple and easy.

- Power Metering:
  - Amperage, Voltage, Power (+/- 0.5% accuracy)
  - Power Factor, Cumulative Energy,
  - Burn-time and cycles counters
  - C12.20 metering protocol compliance

Internal Fixture Module, Installation and Operation Guide (Rev 09/17/26) at 1.

142. Upon information and belief, in addition to acts of direct infringement, Defendants have indirectly infringed and continue to indirectly infringe at least claim 1 of the '069 Patent in violation of 35 U.S.C. § 271(b), (c), and (f). Defendants were aware and received notice of their infringement of the '069 Patent at least as early as the date that this Complaint was filed.

143. From at least the time Defendants have known of the '069 Patent, Defendants have induced and continue to induce others to infringe at least claim 1 of the '069 Patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe by encouraging clients and customers to infringe.

144. Defendants have induced and continue to induce customers and others to directly infringe at least claim 1 of the '069 Patent when, for example, they use products from the LightGRID+ product line.

145. Defendants have actively, knowingly, and intentionally induced, and continue to actively, knowingly, and intentionally induce, infringement of the ’069 Patent with the knowledge and intent that customers and others will use the products from the LightGRID+ product line, and with the knowledge and intent to encourage and facilitate customers’ and others’ infringement through the creation and dissemination of promotional and marketing materials, supporting materials, instructions, product manuals, and/or technical information related to the LightGRID+ product line, such as:

https://www.currentlighting.com/controls/lightgridplus
https://www.currentlighting.com/products/product-category-filter/2106/controls_platform/LightGRIDPlus
https://cdn.currentlighting.com/site/brochure/NX_LightGRID_Brochure.pdf
https://cdn.currentlighting.com/image/upload/v1684163878/Site/literature/HLI_NX_LightGRID_FAQ.pdf
https://www.led.com/controls-sensors/lightgridplus
https://cdn.currentlighting.com/site/installationmanuals/LG_CTRL044_Mesh_Cellular_Node_Install_Sheet.pdf
https://cdn.currentlighting.com/site/installationmanuals/LG_CTRL042_Internal_Node_Install_Sheet.pdf
https://cdn.currentlighting.com/site/installationmanuals/CTRL043-LightGrid-Gateway-Installation-Guide.pdf
https://cdn.currentlighting.com/site/specsheet/LG_CTRL026_ELWN_Mesh_Node.pdf
https://cdn.currentlighting.com/site/specsheet/LG_CTRL018_ELWN_Internal_Mesh_Node.pdf
https://cdn.currentlighting.com/site/specsheet/LG_CTRL025_ELWC_Cellular_Node.pdf
https://cdn.currentlighting.com/site/specsheet/LG_CTRL025_ELWC_Cellular_Node.pdf
https://cdn.currentlighting.com/site/specsheet/LG_CTRL023_ELWG_Mesh_Gateway.pdf

146. Defendants have also contributed to and continue to contribute to the infringement of at least claim 1 of the ’069 Patent in violation of 35 U.S.C. § 271(c) and (f) by, among other things, making, using, offering to sell, selling, and/or importing the LightGRID+ product line.

147. Defendants make, use, offer to sell, sell, and/or import such products with the knowledge that they are especially designed for use in practicing and constitute a material part of the claimed method of the ’069 Patent, and are not a staple article of commerce suitable for

substantial non-infringing use. For example, Defendants actively and knowingly sell components of the LightGRID+ product line, and provide customer support, installation, instruction manuals, and/or other technical information to customers for the use of such products in practicing the claimed method.

148. Defendants' infringement of the '069 Patent is willful. As set forth above, Defendants have had knowledge of the '069 Patent since at least the filing of this Complaint and have been aware since such time of their infringement of the '069 Patent. Since at least the filing of this Complaint, Defendants (a) have had knowledge of, or have been willfully blind to, the existence of the '069 Patent, and (b) have had knowledge, or have been willfully blind, that their conduct constitutes infringement, inducement, and/or contributory infringement of the '069 Patent.

149. As a result of Defendants' infringement of the '069 Patent, Digital Lumens has suffered monetary damages, and will continue to suffer damages in the future, and is entitled to no less than a reasonable royalty for Defendants' infringement of the claimed inventions of the '069 Patent, together with interest and costs to be determined by the Court.

150. Defendants do not have any rights to use the '069 Patent as alleged in this Complaint.

151. Digital Lumens has complied with 35 U.S.C. § 287.

152. Digital Lumens' Asserted Patents are publicly available from the United States Patent Office and other online resources such as Google Patents.

153. Defendants' acts of direct and indirect infringement have caused and continue to cause damage to Digital Lumens. Digital Lumens is entitled to damages in accordance with 35 U.S.C. §§ 271, 281, and 284 sustained as a result of Defendants' wrongful acts in an amount to be proven at trial.

## COUNT VI

### (Infringement of U.S. Patent No. 8,841,859)

154. Digital Lumens incorporates by reference the allegations set forth in the preceding paragraphs as though fully set forth herein.

155. Defendants have directly infringed the ’859 Patent, either literally or under the doctrine of equivalents, including at least claim 45, under 35 U.S.C. § 271(a), by making, using, offering to sell, selling, and/or importing into the United States, including, but not limited to, products substantially similar to the Daintree Lighting Control Solutions, NX Lighting Controls, and LightGRID+ product lines described below, including the fixtures and luminaires that support these product lines, and/or other products with substantially similar features (collectively, the “’859 Accused Products”).

156. The NX Lighting Controls product line is an exemplary infringing instrumentality to serve as notice of Defendants’ infringing acts, but Digital Lumens reserves the right to name additional infringing products, known or learned by Digital Lumens or revealed during discovery, and include them in the definition of the ’859 Accused Products.

157. Claim 45 of the ’859 Patent recites:

> 45. A lighting fixture to provide variable sensor-based lighting, the lighting fixture comprising:
>
> at least one sensor to provide sensor data representing at least one measurement of at least one parameter relating to an environment illuminated by the lighting fixture;
>
> a plurality of light emitting diode (LED) light bars to provide the variable sensor-based lighting at a plurality of light levels and/or a plurality of foot-candle patterns;
>
> a power management module, operatively coupled to the at least one sensor and the plurality of LED light bars, to adjust the variable sensor-based lighting based at least in part on the sensor data provided by the at least one sensor;

> a memory, operatively coupled to the at least one sensor and/or to the power management module, to log at least some of the sensor data provided by the at least one sensor,
>
> wherein the at least one sensor is configured to measure the at least one parameter relating to the environment illuminated by the lighting fixture according to at least one rule; and
>
> a housing formed as a frame with the plurality of LED light bars and the power management module disposed therein, the housing further includes an integral sensor bay, and wherein the at least one sensor is disposed in the integral sensor bay, wherein the at least one sensor is disposed within a sensor module in the integral sensor bay, and wherein the sensor module comprises:
>
> a sensor module lens disposed along a bottom plane of the fixture to achieve a maximum of sensor input angles.

158. On information and belief, the NX Lighting Controls product line includes a lighting fixture to provide variable sensor-based lighting. For example, this limitation is shown below:



Peloton High Performance High Bay (Rev 04/11/23) at 2-3.

159. On information and belief, the NX Lighting Controls product line includes a lighting fixture comprising at least one sensor to provide sensor data representing at least one measurement of at least one parameter relating to an environment illuminated by the lighting fixture. For example, this limitation is shown below:




NX Lighting Controls, The Next Generation of Lighting Control (Rev 08/09/22) at 10.

160. On information and belief, the NX Lighting Controls product line includes a lighting fixture comprising a plurality of light emitting diode (LED) light bars to provide the variable sensor-based lighting at a plurality of light levels and/or a plurality of foot-candle patterns. For example, this limitation is shown below:




Peloton High Performance High Bay (Rev 04/11/23) at 2-3.

161. On information and belief, the NX Lighting Controls product line includes a lighting fixture comprising a power management module, operatively coupled to the at least one sensor and the plurality of LED light bars, to adjust the variable sensor-based lighting based at least in part on the sensor data provided by the at least one sensor. For example, this limitation is shown below:




NX Lighting Controls, The Next Generation of Lighting Control (Rev 08/09/22) at 10.

162. On information and belief, the NX Lighting Controls product line includes a lighting fixture comprising a memory, operatively coupled to the at least one sensor and/or to the power management module, to log at least some of the sensor data provided by the at least one sensor. For example, this limitation is shown below:




NX Lighting Controls, The Next Generation of Lighting Control (Rev 08/09/22) at 17.

> NX utilizes a Distributed Network Architecture (DNA), which enables programming to be stored at the device level. Unlike other platforms, NX's fully distributed design means that each intelligent control can function independently all the way down to the room, fixture and device level. This revolutionary approach to lighting control provides a truly intelligent system that eliminates operational dependencies on software, gateways and servers. Today, many other lighting control systems are dependent on and responsive to higher level controllers in the system architecture.

NX Lighting Controls, The Next Generation of Lighting Control (Rev 08/09/22) at 8.

163. On information and belief, the NX Lighting Controls product line includes a lighting fixture comprising a memory, operatively coupled to the at least one sensor and/or to the power management module, to log at least some of the sensor data provided by the at least one sensor, wherein the at least one sensor is configured to measure the at least one parameter relating to the environment illuminated by the lighting fixture according to at least one rule. For example, this limitation is shown below:




**Continuous Daylighting** - Automatically turns lights down to a reduced level or off based on the amount of daylight present in a space

**Daylight OFF** - Automatically turns the lights off based on the amount of daylight




**Full OFF** - Automatically turns the lights off within a set period of time after all occupants leave the space

**Partial ON** - Automatically turns lights on to a reduced level between full on and full off when occupants enter the space

**Partial OFF** - Automatically turns lights down to a reduced level between full on and full off after all occupants leave the space

NX Lighting Controls, The Next Generation of Lighting Control (Rev 08/09/22) at 17.

164. On information and belief, the NX Lighting Controls product line includes a lighting fixture comprising a housing formed as a frame with the plurality of LED light bars and the power management module disposed therein. For example, this limitation is shown below:




Peloton High Performance High Bay (Rev 04/11/23) at 2-3.

165. On information and belief, the NX Lighting Controls product line includes a lighting fixture comprising a housing formed as a frame with the plurality of LED light bars and the power management module disposed therein, the housing further includes an integral sensor bay, and wherein the at least one sensor is disposed in the integral sensor bay, wherein the at least one sensor is disposed within a sensor module in the integral sensor bay. For example, this limitation is shown below:




Peloton High Performance High Bay (Rev 04/11/23) at 2-3.

166. On information and belief, the NX Lighting Controls product line includes a lighting fixture comprising a housing formed as a frame with the plurality of LED light bars and the power management module disposed therein, the housing further includes an integral sensor bay, and wherein the at least one sensor is disposed in the integral sensor bay, wherein the at least one sensor is disposed within a sensor module in the integral sensor bay, and wherein the sensor module comprises a sensor module lens disposed along a bottom plane of the fixture to achieve a maximum of sensor input angles. For example, this limitation is shown below:




Peloton High Performance High Bay (Rev 04/11/23) at 2-3.

167. Upon information and belief, in addition to acts of direct infringement, Defendants have indirectly infringed and continue to indirectly infringe at least claim 45 of the ’859 Patent in violation of 35 U.S.C. § 271(b), (c), and (f). Defendants were aware and received notice of their infringement of the ’859 Patent at least as early as the date that this Complaint was filed.

168. From at least the time Defendants have known of the ’859 Patent, Defendants have induced and continue to induce others to infringe at least claim 45 of the ’859 Patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe by encouraging clients and customers to infringe.

169. Defendants have induced and continue to induce customers and others to directly infringe at least claim 45 of the ’859 Patent when, for example, they use products from the NX Lighting Controls product line.

170. Defendants have actively, knowingly, and intentionally induced, and continue to actively, knowingly, and intentionally induce, infringement of the ’859 Patent with the knowledge and intent that customers and others will use the products from the NX Lighting Controls product line, and with the knowledge and intent to encourage and facilitate customers’ and others’ infringement through the creation and dissemination of promotional and marketing materials, supporting materials, instructions, product manuals, and/or technical information related to the NX Lighting Controls product line, such as:

https://www.currentlighting.com/nx-lighting-controls
https://www.currentlighting.com/products/product-category-filter/2106/brand/NX%20LIGHTING%20CONTROLS
https://www.currentlighting.com/site-manager/341911
https://cdn.currentlighting.com/site/literature/NX_SiteManager_Quick_Start_Guide.pdf
https://cdn.currentlighting.com/site/brochure/COL_1115_PEL_brochure.pdf
https://media.distributordatasolutions.com/synd_hubbell/2022q3/documents/96c33e1d8693024d0dea86b532c48a9185bf610f.pdf
https://www.youtube.com/watch?v=kbvVwNnd-Yg
https://cdn.lsicloud.net/kendall/Resources/AD/IDW_DOCUMENT_7f12fac384c7b3a1544a7b5197f53e87c067af842333632243c3a8547342407c.pdf
https://cdn.currentlighting.com/site/specsheet/3602A-NXSMP2-HMO-Lighting-Controls-PIR-High-Mount-Outdoor-Sensor-Module-Spec-Sheet.pdf

171. Defendants have also contributed to and continue to contribute to the infringement of at least claim 45 of the ’859 Patent in violation of 35 U.S.C. § 271(c) and (f) by, among other things, making, using, offering to sell, selling, and/or importing the NX Lighting Controls product line.

172. Defendants make, use, offer to sell, sell, and/or import such products with the knowledge that they are especially designed for use in and constitute a material part of the claimed devices of the ’859 Patent, and are not a staple article of commerce suitable for substantial non-infringing use. For example, Defendants actively and knowingly sell components of the NX Lighting Controls product line, and provide customer support, installation, instruction manuals,

and/or other technical information to customers for the use of such products as a component of the devices in the claims.

173. Defendants' infringement of the '859 Patent is willful. As set forth above, Defendants have had knowledge of the '859 Patent since at least the filing of this Complaint and have been aware since such time of their infringement of the '859 Patent. Since at least the filing of this Complaint, Defendants (a) have had knowledge of, or have been willfully blind to, the existence of the '859 Patent, and (b) have had knowledge, or have been willfully blind, that their conduct constitutes infringement, inducement, and/or contributory infringement of the '859 Patent.

174. As a result of Defendants' infringement of the '859 Patent, Digital Lumens has suffered monetary damages, and will continue to suffer damages in the future, and is entitled to no less than a reasonable royalty for Defendants' infringement of the claimed inventions of the '859 Patent, together with interest and costs to be determined by the Court.

175. Defendants do not have any rights to use the '859 Patent as alleged in this Complaint.

176. Digital Lumens has complied with 35 U.S.C. § 287.

177. Digital Lumens' Asserted Patents are publicly available from the United States Patent Office and other online resources such as Google Patents.

178. Defendants' acts of direct and indirect infringement have caused and continue to cause damage to Digital Lumens. Digital Lumens is entitled to damages in accordance with 35 U.S.C. §§ 271, 281, and 284 sustained as a result of Defendants' wrongful acts in an amount to be proven at trial.

## DEMAND FOR A JURY TRIAL

179. Digital Lumens hereby demands trial by jury on all claims and issues so triable.

## PRAYER FOR RELIEF

Wherefore, Digital Lumens prays for the following judgments and relief:

(a) A judgment in favor of Digital Lumens that Defendants have infringed, either literally and/or under the doctrine of equivalents, one or more claims of the Asserted Patents;

(b) A judgment and order requiring Defendants to pay Digital Lumens its past damages, costs, expenses, and pre-judgment and post-judgment interest for Defendants' infringement of the Asserted Patents;

(c) A judgment and order requiring Defendants to provide an accounting and to pay supplemental damages to Digital Lumens, including without limitation, pre-judgment and post-judgment interest;

(d) A judgment and order requiring Defendants to pay a running royalty for continued use of the patents post-judgment;

(e) A judgment that Defendants' infringement of the Asserted Patents has been willful;

(f) A judgment and order requiring Defendants to pay to Digital Lumens treble damages and prejudgment interest under 35 U.S.C. § 284 as a result of, *inter alia*, Defendants' willful infringement of the Asserted Patents;

(g) A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Digital Lumens its reasonable attorneys' fees against Defendants;

(h) Injunctive relief in that Defendants, their affiliates, subsidiaries, officers, agents, servants, employees, and successors and assignees, and other persons who are in active concert or participants with anyone in the foregoing, be enjoined from infringement of the Asserted Patents,

including but not limited to an injunction of making, using, offering to sell, selling within the United States and importing into the United States, products that infringe the Asserted Patents; and

(i) Such other further relief, in law or equity, as this Court deems just and proper.

Dated: October 26, 2026

Respectfully submitted,

*/s/ M. Scott Stevens*

Theodore Stevenson, III
(TX Bar No. 19196650)
**ALSTON & BIRD LLP**
2200 Ross Ave, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3507
Facsimile: (214) 922-3899
ted.stevenson@alston.com

M. Scott Stevens (NC 37828)
**ALSTON & BIRD LLP**
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Telephone: (704) 444-1025
Facsimile: (704) 444-1111
scott.stevens@alston.com

*Counsel for Digital Lumens Holding Company, LLC*